**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:07 CV 54**

| | | |
|---|---|---|
| **JEANNE SEVERINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **U.S. AIRWAYS, INC., and U.S. AIRWAYS** | ) | |
| **INC. FLIGHT ATTENDANT LONG-TERM** | ) | |
| **DISABILITY BENEFIT PLAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. The undersigned notes that there has been no certification of a Rule 26(f) conference in this matter.

      **IT IS, THEREFORE, ORDERED** that the parties confer pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(A) and file a written report, jointly if possible, of their initial attorney's conference, along with a proposed discovery plan, on or before **July 11, 2007**.

Signed: June 25, 2007

David C. Keesler
United States Magistrate Judge